An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 67110

**FILED**

FEB 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a decision of the district court denying a "Petition for Leave of Court to Permit Filing of Papers." Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

Because no statute or court rule permits an appeal from an order denying the aforementioned petition, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

---

[1]We have considered the pro se documents submitted in this matter, and we conclude that no relief is warranted in light of the disposition of this appeal.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04931

cc: Hon. Kenneth C. Cory, District Judge
Percy Lavae Bacon
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A